```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                               CRIMINAL ACTION NO. 2:12-00031

**TRE'S DAVIS**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On June 7, 2018, the United States of America appeared by J. Matthew Davis, Assistant United States Attorney, and the defendant, Tre's Davis, appeared in person and by his counsel, Lex A. Coleman, Assistant Federal Public Defender, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Lilla M. Adkins. The defendant commenced a two-year less one day term of supervised release in this action on January 22, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on June 13, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect: the defendant committed the state and local offenses of fleeing and driving on a revoked driver's license on or about February 27, 2018, as evidenced by his admission on the record of the hearing that the government possesses sufficient proof to prove the offenses by a preponderance of the evidence; all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant on Count Four be, and it hereby is, revoked. The court leaves the two-year less one day term of supervised release imposed on Count Six undisturbed.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to

the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS on Count Four, to be followed by a term of eighteen (18) months less one day of supervised release on Count Four, to run concurrently with the two years less one day term of supervised release on Count Six, upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that the defendant make every effort to get his driver's license reinstated, including making payment of any fines and complying with any requirements imposed by the Department of Motor Vehicles.

　　　　The defendant was remanded to the custody of the United States Marshal.

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED: June 13, 2018

John T. Copenhaver, Jr.
United States District Judge

4